THE STATE OF NEW JERSEY, EX REL. STEPHEN W. STOOTHOFF, v. JULIA B. DAVIES, DEFENDANT.

THE STATE OF NEW JERSEY, EX REL. STEPHEN W. STOOTHOFF, v. LEMUEL E. DAVIES, DEFENDANT.

Argued October 7, 1930—Decided October 17, 1930.

Before Justices CAMPBELL and BODINE.

For the relator, *Wall, Haight, Carey & Hartpence.*

For the defendants, *Joseph F. S. Fitzpatrick.*

PER CURIAM.

The applications will be denied.